# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: **FELIX FONTANEZ CABALLERO**<br>SSN xxx-xx-6729<br><br>Debtor(s) | CASE NO: **18-02206-BKT**<br><br>Chapter 13 |

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: **04/25/2018**

Days From Petition Date: **35**

910 Days Before Petition: **10/28/2015**

Chapter 13 Plan Date: **04/25/2018** ☐ Amended

This is Debtor(s) **2** Bankruptcy petition.

Payment(s) ☐ Received or ☐ Evidence shown at meeting:

Check/MO# _____

Date: _____   Amount: $ _____

First Meeting Date: **05/30/2018 at 9:00AM**

341 Meeting Date: **05/30/2018 at 9:00AM**

Confirmation Hearing Date: **07/13/2018 at 2:30PM**

Plan Base: **$7,800.00**   Plan Docket #**3**

This is the **1** scheduled meeting.

Total Paid In: **$130.00**

*APPEREANCES:   ☐ Telephone   ☐ Video Conference

Debtor: ☒ Present ☐ Absent ☒ ID & Soc. OK     Joint Debtor: ☐ Present ☐ Absent   ☐ ID & Soc. OK

☒ Examined   ☐ Not Examined under Oath     ☐ Examined   ☐ Not Examined under Oath

Attorney for Debtor(s): ☐ Not Present   ☒ Present

Name of Attorney Present (Other than Attorney of Record): _____

☐ Pro-se

☒ Creditor(s) Present        ☐ None

TREASURY- VELEZ; BPPR-RIVERA

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO***

Total Agreed: **$3,000.00**     Paid Pre-Petition: **$232.00**     Outstanding (Through the Plan): **$2,768.00**

*TRUSTEE'S REPORT ON CONFIRMATION & STATUS OF §341 MEETING

Debtor's/s' Commitment Period: ☒ Under Median Income 36 months   ☐ Above Median Income 60 months §1325(b)(1)(B)
                                                                                              Projected Disposable Income: $ N/A

☐ The Trustee cannot determine debtor's/s' commitment period at this time.

Liquidation Value: $ 0.00     Estimated Priority Debt: $ 0.00

If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately $0.00

The Trustee:     ☐ NOT OBJECTS   ☒ OBJECTS   Plan Confirmation     Gen. Uns. Approx. Dist.: 0 %

§341 Meeting    ☐ CONTINUED   ☐ NOT HELD   ☒ CLOSED   ☐ HELD OPEN FOR ____ DAYS

§341 Meeting Rescheduled for:_____

Comments:
_____

*CREDITOR(S) ORAL OBJECTIONS [LBR 3015-2 (c)(4)]
-No objections

| |
|---|
| *TRUSTEE'S OBJECTIONS TO CONFIRMATION: NOTICE: LBR 3015-2(c)(6) The debtor must within seven (7) days after service of the objection file either: (A) an amended plan that addresses each objection; or (B) a reply setting forth the facts and legal arguments that give rise to the reply in sufficient detail to allow each objector, if possible, to reconsider and withdraw its objection. |
| [1325(a)(6)] Insufficiently Funded – Plan funding insufficient to comply with plan scheduled distribution or no sufficient information to determine it. |
| [1325(b)(1)(B)] Projected Disposable Income – Debtor(s) fails to apply projected disposable income, to be received during applicable commitment period, to make payments to unsecured creditors under the plan. [1322(a)(1)]<br><br>- Fails to disclose income.<br><br>- Debtor has failed to list his wife food stamps in Schedule I. Debtor is not married under prenuptial agreement. |
| Adequate Protection Payments<br><br>- Section 3.6 of the plan: Pre-Confirmation Adequate Protection Monthly Payments ("APMP") to be paid by the Trustee. The adequate protection payments must be listed in section 3.6 of plan not in the non-standard provision section of the plan (Section 8.1.)<br><br>- Plan fails to provide adequate protection payments to Popular Auto. |
| *OTHER COMMENTS / OBJECTIONS<br><br>- Debtor has failed to include wife's information in line 2 of Schedule H. |

/s/ Jose R. Carrion, Esq.          Meeting Date: May 30, 2018
       Trustee

/s/ Mayra Arguelles, Esq., Presiding Officer

Last Docket Verified: 8     Last Claim Verified: 2